THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AMERICA MENDEZ, Appellant.

Beldock, P. J.;
Ughetta, Rabin, Benjamin and Munder, JJ., concur.